

FILED
CLERK, U.S. DISTRICT COURT
AUG 7 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Simon Abisogru Baldzhyan, <br><br> Defendant. | Case No.: 01-990-TJH <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __Def's prior record of failure to comply__

1 with release conditions and failure to appear
2 as well as the nature of current allegations
3
4 and/or
5 B. (X) The defendant has not met his/her burden of establishing by
6 clear and convincing evidence that he/she is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on: Def's prior record and ~~~~ nature of
10 current allegation
11
12
13
14 IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16
17 Dated: 8/7/09
18
19 _____
   CARLA M. WOEHRLE
20 UNITES STATES MAGISTRATE JUDGE